**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CARL GENE THYMES | CIVIL ACTION NO. 18-0867 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SANS CHEVAUX INVESTMENTS, LLLC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**MEMORANDUM ORDER**

Before the Court is Plaintiff's Amended Complaint (Record Document 13), wherein he seeks immediate injunctive relief.[1] To obtain a temporary restraining order or a preliminary injunction, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Byrum v. Landreth, 566 F.3d 442, 445 (5th Cir. 2009). Because Plaintiff has failed to make such a showing, his request for immediate injunctive relief is **DENIED**.

The record reflects that all Defendants except L'Auberge Casino & Hotel and Does 1 Thru 25 have been served. See Record Documents 6 and 7. Plaintiff is hereby ordered to serve these remaining Defendants in accordance with the Federal Rules of Civil Procedure, and to file proof of such service in the record. Once all the Defendants have appeared, the Court will take up further proceedings regarding any potential claim for further injunctive relief.

---

[1] Although Plaintiff's motion is titled "Motion for Preliminary Injunction," Plaintiff does not specifically request a preliminary injunction. He does not state whether he seeks a temporary restraining order, a preliminary injunction, or a permanent injunction. Plaintiff only prays for an "immediate injunction." Record Document 12 at 9. Whether Plaintiff requests a temporary restraining order or preliminary injunction is immaterial – he must establish the same four prerequisites.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 1st day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT