# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**CARL GENE THYMES**                     **CASE NO. 6:18-CV-00867**

**VERSUS**                               **JUDGE SUMMERHAYS**

**SANS CHEVAUX INVESTMENTS**   **MAGISTRATE JUDGE WHITEHURST**
**LLC ET AL**

## ORDER DENYING MOTION FOR DISQUALIFICATION OF MAGISTRATE JUDGE

Plaintiff, Carl G. Thymes, has filed the present NOTICE OF MOTION AND MOTION FOR DISQUALIFICATION OF MAGISTRATE JUDGE CAROL B. WHITEHURST FOR CAUSE UNDER 28 U.S.C. §144, 455(A)(B)(1) ("Motion for Disqualification"). Plaintiff indicates that Judge Whitehurst is biased in the case because rulings have been made in the case without the benefit of oral argument. Plaintiff asserts there is cause for disqualification under 28 U.S.C. §144, which provides that:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

Plaintiff also asserts that cause exists under 28 U.S.C. §455(a) and (b)(1), which provide that:

> **(a)** Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

> **(b)** He shall also disqualify himself in the following circumstances:

>> **(1)** Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

The court has reviewed the Motion for Disqualification along with Plaintiff's Affidavit. The only cause for disqualification stated is the fact that Judge Whitehurst has ruled on matters without setting oral argument. Rule 78(b) of the Federal Rules of Civil Procedure clearly states that "by rule or order, the court may provide for submitting and determining motions on briefs, without oral hearing." Local Rule 78.1 for the Western District of Louisiana provides that:

> Oral argument will be allowed only when ordered by the court. All other motions will be decided by the court on the basis of the record, including timely filed briefs and any supporting or opposing documents filed therewith.

A review of the record indicates that the magistrate judge has acted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Western District of Louisiana. Accordingly, the court finds that the Plaintiff has failed to state sufficient cause for disqualification.

IT IS ORDERED that the Plaintiff's Motion for Disqualification is **DENIED**.

THUS DONE in Chambers on this 1st day of October, 2018.

Robert R. Summerhays
United States District Judge