# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CARL GENE THYMES** | **CASE NO. 6:18-CV-00867** |
| **VERSUS** | **JUDGE ROBERT R SUMMERHAYS** |
| **SANS CHEVAUX INVESTMENTS LLC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff, Carl G. Thymes, has filed the present Motion for Reconsideration Denying Disqualification of Magistrate Judge Carol B. Whitehurst for Cause Under 28 U.S.C. §144, 455(a)(b)(1) Doc #66 ("Motion for Reconsideration"). Plaintiff asserts there is cause for disqualification under 28 U.S.C. §144, which provides that:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

Plaintiff also asserts that cause exists under 28 U.S.C. §455(a) and (b)(1), which provide that:

> **(a)** Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
>
> **(b)** He shall also disqualify himself in the following circumstances:
>
> > **(1)** Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

The court has reviewed the Plaintiff's pleadings and finds that he has stated no cause whatsoever to warrant disqualification.

IT IS ORDERED that Plaintiff's Motion for Reconsideration is **DENIED**.

THUS DONE in Chambers on this 9th day of October, 2018.

Robert R. Summerhays
United States District Judge