UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CARL GENE THYMES                                CIVIL ACTION NO. 6:18-cv-00867

VERSUS                                          JUDGE SUMMERHAYS

AT&T MOBILITY SERVICES, LLC,                    MAGISTRATE JUDGE HANNA
ET AL.

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction and all pending motions are denied as moot, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 2nd day of January, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE